1   Douglas M. Lash WSBA No. 48531
    BARLOW COUGHRAN
2   MORALES & JOSEPHSON, P.S.
    1325 Fourth Ave, Suite 910
3   Seattle WA 98101
    Tel. (206) 224-9900
4   Fax (206) 224-9820
    douglasl@bcmjlaw.com
5

6                   UNITED STATES DISTRICT COURT
7          FOR THE WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
8

9   BOARD OF TRUSTEES OF THE SOUND
    RETIREMENT TRUST,

10                  Plaintiff,              NO.

11      v.

12  K-C FOOD CORPORATION, UBI No.           COMPLAINT FOR COLLECTION OF
    600147524,                              EMPLOYER WITHDRAWAL
13                                          LIABILITY
                    Defendant.
14

15      For its complaint, plaintiff alleges as follows:

16          I.      **PARTIES, JURISDICTION AND VENUE**

17      1.      Plaintiff is the Board of Trustees of the Sound Retirement Trust ("Trust").

18  The Trust is an "employee pension benefit plan" as defined in Section 3(2) of the Employee

19  Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1002(2), and

20  a "multiemployer plan" as defined in ERISA § 4001(a)(3), 29 U.S.C. § 1301(a)(3).  Plaintiff

21  is the "plan sponsor" of the Trust, as defined in ERISA § 4001(a)(10), 29 U.S.C. §

22  1301(a)(10).

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 1

3901.000 WDL va071209

2.      Defendant K-C Food Corporation ("K-C Food") is a Washington state corporation having its principal business location in Des Moines, Washington.

3.      K-C Food is an "employer" as defined in ERISA § 3(5), 29 U.S.C. § 1002(5).

4.      This Court has jurisdiction over this action pursuant to ERISA §§ 4301 and 4221(b), 29 U.S.C. § 1451 and 29 U.S.C. § 1401(b), respectively.

5.      Venue is properly laid in this Court pursuant to ERISA § 4301(d), 29 U.S.C.§ 1451(d), because the Trust is administered within this judicial district.

## II.      CLAIM FOR RELIEF: TRUST'S WITHDRAWAL LIABILITY

6.      The Trust re-alleges the facts set forth in paragraphs 1 through 5 above as if stated fully herein and further allege as follows:

7.      The "plan year" of the Trust for purposes of ERISA § 4205, 29 U.S.C. § 1385, begins July 1st and ends the following June 30th.

8.      Prior to June 2019, K-C Food was obligated to make employer contributions to the Trust on behalf of certain of their employees under the terms of one or more collective bargaining agreements.

9.      In June 2019, K-C Food permanently ceased to have an obligation to contribute to the Trust.

10.      In June 2019, K-C Food had a complete withdrawal from the Trust for the purposes of ERISA § 4203, 29 U.S.C. § 1383.

11.      As a result of its complete withdrawal, the Trust initially determined that K-C Food owes $1,731,183.00 in withdrawal liability.

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 2

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUIT 910
SEATTLE, WA 98101
(206) 224-9900

3901.000 WDL va071209

1    12.    Pursuant to ERISA § 4219(c)(1)(B), the number of payments to pay off its

2    withdrawal liability assessment were limited to 80 quarterly installment payments in the

3    amount of $17,214.00 with the first payment due on November 1, 2019.

4    13.    By letter dated September 4, 2019, the Trust notified K-C Food in writing of

5    its withdrawal liability assessment and demanded payment in accordance with the

6    installment schedule.

7    14.    K-C Food never asked for a review of the assessment, requested additional

8    information or documentation from the Trust, or made the required payments when due.

9    15.    K-C Food did not request arbitration in accordance with ERISA § 4221(a), 29

10   U.S.C. § 1401(a).

11   16.    By letter dated November 5, 2019, the Trust notified K-C Food that its initial

12   $17,214.00 quarterly payment had not been received and that payment must be made within

13   60 days to avoid a default pursuant to ERISA § 4219(c)(5), 29 U.S.C. § 1399(c)(5).

14   17.    K-C Food did not make the required payment within 60 days and was

15   accordingly declared in default pursuant to ERISA § 4219(c)(5), 29 U.S.C. § 1399(c)(5).

16   18.    Pursuant to ERISA § 4221(b)(1), 29 U.S.C. § 1401(b)(1), K-C Food owes the

17   Trust immediate payment of $1,731,183.00  in withdrawal liability.

18   19.    Under the terms of the Trust Agreement and ERISA §§ 4301(b), 515, and

19   502(g)(2), K-C Food is obligated to pay liquidated damages, interest, reasonable attorney's

20   fees, and costs and expenses of suit to be determined upon motions at trial.  29 U.S.C. §§

21   1451(b), 1145, 1132(g)(2).

22

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 3

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUIT 910
SEATTLE, WA 98101
(206) 224-9900

3901.000 WDL va071209

1     WHEREFORE, plaintiff prays for judgment as follows:

2     (a)     For withdrawal liability from K-C Food Corporation in the amount of

3             $1,731,183.00 with interest thereon determined in accordance with ERISA

4             §§ 4219(c)(6) and 4221(b)(1). See 29 U.S.C. §§ 1399(c)(6) and 1401(b)(1);

5     (b)     For attorney fees and costs, pursuant to ERISA § 502(g). See 29 U.S.C. §

6             1132(g); and

7     (c)     For such other and further relief as this Court deems just and equitable.

8

9     DATED this 7th day of February, 2020.

10                                    _s/ Douglas M. Lash_
                                     Douglas M. Lash WSBA No. 48531
11                                   BARLOW COUGHRAN
                                     MORALES & JOSEPHSON, P.S.
12                                   1325 Fourth Ave, Suite 910
                                     Seattle WA 98101
13                                   Tel. (206) 224-9900
                                     Fax (206) 224-9820
14                                   douglasl@bcmjlaw.com

15

16

17

18

19

20

21

22

COMPLAINT FOR COLLECTION OF EMPLOYER
WITHDRAWAL LIABILITY - 4

3901.000 WDL va071209