UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>K-C FOOD CORPORATION, UBI No. 600147524,<br><br>Defendant. | Case No. C20-188RSL<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on plaintiff's "Motion for Default Judgment." Dkt. #8. On June 24, 2020, the Clerk of Court entered an order finding K-C Food Corporation, UBI No. 600147524 in default for its failure to appear or file a responsive pleading to plaintiff's complaint. Dkt. #7. Having reviewed the motion, declarations, and the remainder of the record, the Court finds as follows:

The default entered in the above-captioned matter has established the well-pleaded allegations of the complaint pertaining to liability. Judgment in favor of plaintiff and against defendant is therefore appropriate. Plaintiff has requested – and provided evidence to support – an award in the following amounts:

| | |
|---|---|
| Withdrawal liability | $1,731,183.00 |
| Liquidated damages | $346,236.60 |
| Pre-judgment interest | $100,740.62 |
| Costs | $479.00 |
| Reasonable attorney's fees | $377.00 |

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT - 1

Accordingly, the Clerk of Court shall enter judgment in favor of plaintiff and against defendant for withdrawal liability of $1,731,183.00, liquidated damages of $346,236.60, interest of $100,740.62, costs of $479.00, and attorney's fees of $377.00, for a total of $2,179,016.22, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

DATED this 16th day of October, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT - 2